**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>AES PHEAA,<br><br>Defendant. | CIVIL ACTION NO. 1:26-CV-01189<br><br>(MEHALCHICK, J.) |

**ORDER**

Before the Court is a Report and Recommendation ("the Report") issued by Magistrate Judge Sean A. Camoni recommending that the Court dismiss this action for failure to pay the filing fee or file a completed application to proceed *in forma pauperis* after being given the opportunity to do so. (Doc. 7). This action was initiated by *pro se* plaintiff Patrice Johnson ("Johnson") on May 5, 2026. On the same date, Judge Camoni entered a 30-day administrative order directing Johnson to either pay the filing fee of $405.00 to the Clerk of Court or fully complete the application to proceed *in forma pauperis*. (Doc. 5, at 1). Johnson did not comply with this Order. On June 9, 2026, Judge Camoni entered a second administrative order directing Johnson to pay the filing fee or file a signed application to proceed *in forma pauperis* within 30 days or the case would be dismissed. (Doc. 6, at 1-2). Johnson did not pay the filing fee nor file the application to proceed *in forma pauperis*.

On July 16, 2026, Judge Camoni entered the instant Report recommending that the matter be dismissed because of Johnson's failure to pay either the filing fee or application to proceed *in forma pauperis*. (Doc. 7). In the Report, Judge Camoni informed the parties that they had fourteen days to file an objection to the Report. (Doc. 7, at 2). There are no objections

to the Report as of the date of this Order. Having reviewed the reasoning of the Report, this Court agrees with Judge Camoni's recommendation. (Doc. 7).

"A district court may 'designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition' of certain matters pending before the court." *Brown v. Astrue*, 649 F.3d 193, 195 (3d Cir. 2011) (*quoting* 28 U.S.C. § 636(b)(1)(B)). Within fourteen days of being served a report and recommendation, "any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1). When a party timely files objections, the district court is to conduct a de novo review of the challenged portions of the Magistrate Judge's findings unless the objection is "not timely or not specific." *Goney v. Clark*, 749 F.2d 5, 6–7 (3d Cir.1984); 28 U.S.C. § 636(b)(1). The Court may then "accept, reject, or modify, in whole or in part, the findings and recommendations." 28 U.S.C. § 636(b)(1). "Although the standard is de novo, the extent of review is committed to the sound discretion of the district judge, and the court may rely on the recommendations of the magistrate judge to the extent it deems proper." *Rahman v. Gartley*, No. CV 3:23-363, 2024 WL 555894, at *1 (M.D. Pa. Feb. 12, 2024) (*citing United v. Raddatz*, 447 U.S. 667, 676 (1980)). For those sections of the report and recommendation to which no objection is made, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. Adv. Comm. Note Rule 72(b).

The Court agrees with the sound reasoning in Judge Camoni's Report and finds no clear error on the face of the record. (Doc. 7). **NOW, THEREFORE, IT IS HEREBY ORDERED THAT** the Report (Doc. 7) is **ADOPTED IN ITS ENTIRETY** as the decision

of the Court. Johnson's complaint is **DISMISSED without prejudice** (Doc. 1). The Clerk shall mark this matter **CLOSED**.

**DATE: September 25, 2026**

**BY THE COURT:**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**